| DISTRICT COURT, BOULDER COUNTY, COLORADO | |
|---|---|
| Court Address: Boulder County Justice Center<br>1777 6th Street<br>Boulder, Colorado 80302 | DATE FILED: March 17, 2015 10:21 AM<br>FILING ID: 4E8E845D19AAA<br>CASE NUMBER: 2015CV30297 |
| Plaintiff: EMILY SLOAT | |
| Defendant: AMICA MUTUAL INSURANCE<br>COMPANY | ▲ COURT USE ONLY ▲ |
| Name: P. Randolph Nicholson<br>Robert S. Hoover | Case Number: |
| Address: Sloat & Nicholson, P.C.<br>1823 Folsom Street, Suite 100<br>Boulder, Colorado 80302 | Div.: Ctrm.: |
| Phone Number: 303-447-1144<br>FAX Number: 303-447-1151<br>E-Mail: ges@sloatlaw.com<br>Atty. Reg. No.: 14240, 35250 | |
| COMPLAINT | |

Plaintiff, Emily Sloat, by and through her attorneys, Sloat & Nicholson, P.C., for her Complaint against Defendant Amica Mutual Insurance Company states as follows:

### GENERAL ALLEGATIONS

1. This Court has jurisdiction over the parties to this action and over the subject matter as Plaintiff Emily Sloat has suffered injuries and incurred medical expenses and damages as a result of a motor vehicle accident occurring within the State of Colorado and Defendant issued a policy of insurance providing Plaintiff uninsured/underinsured motorist coverage for the subject accident within the State of Colorado.

2. Venue is appropriate as Defendant Amica is a non-resident corporation and the subject policy of insurance was issued in Boulder County. Plaintiff designates venue in Boulder County pursuant to C.R.C.P. 98(c).

3. Plaintiff Emily Sloat is an individual who resides at 117 Bass Circle, Lafayette, Colorado.

4. Defendant Amica Mutual Insurance Company (hereinafter "Amica") is a Rhode Island corporation authorized to do insurance business in the State of Colorado.

5. On August 27, 2008, Plaintiff Emily Sloat was injured in a rear end motor vehicle accident which occurred on Broadway near its intersection with Mountain Laurel Place in the City and County of Boulder.

6.      The motor vehicle accident was caused by the negligence and carelessness of Margaret Crowley.

7.      As a direct and proximate result of the negligence and carelessness of Margaret Crowley, Plaintiff Emily Sloat has suffered and will suffer injuries, permanent physical impairment, pain, suffering, anxiety, loss of enjoyment of life and other non-economic damages, loss of earnings and earning capacity and past and future medical and rehabilitative expenses.

### CLAIM FOR RELIEF
(Contract - Underinsured Motorist)

8.      Plaintiff incorporates paragraphs 1 through 7 herein by reference.

9.      On August 27, 2008, Plaintiff was an insured under a policy of automobile insurance issued by Defendant Amica, policy number 920605.

10.     The insurance policy issued by Defendant Amica provides for Uninsured/ Underinsured Motorist insurance coverage in the amount of $500,000.00 which was in full force and effect on the date of the above referenced motor vehicle accident.

11.     Margaret Crowley was insured at the time of the accident through a policy of automobile insurance issued by State Farm Mutual Automobile Insurance Company with liability limits in the amount of $100,000.00.

12.     Under C.R.S. 10-4-609 and the policy provisions of Amica's uninsured motorist coverage, Ms. Crowley was an "underinsured" driver as her liability insurance coverage was less than the total of Plaintiff's damages and losses.

13.     Pursuant to Amica's policy requirements, Plaintiff asked for Amica's consent to settle her claim against Ms. Crowley for her policy limits.

14.     Amica gave consent for Plaintiff to settle her claim against Ms. Crowley and, thereafter, Plaintiff in fact settled her claim against Ms. Crowley for $100,000.00 on March 20, 2013.

15.     As Plaintiff's damages exceed $100,000.00, subsequent to settling with Ms. Crowley, Plaintiff made a claim for underinsured motorist benefits under the policy of insurance with Amica.

16.     As the underinsured motorist carrier, Amica is responsible for Plaintiff's damages and losses arising out of this motor vehicle accident that exceed the $100,000.00 policy limits of the Crowley policy with State Farm.

17.     Plaintiff requested Amica's consent to submit this claim to arbitration pursuant to the terms of the insurance policy and the public policy of the State of Colorado.

18.     Amica has not consented to arbitration and pursuant to the terms of her insurance policy with Amica, Plaintiff is required to file this lawsuit.

WHEREFORE, Plaintiff Emily Sloat requests that this Court enter judgment for Plaintiff and against Defendant Amica Mutual Insurance Company in an amount to fairly and reasonable compensate her for her injuries and damages as set forth above; for costs, expert witness fees, statutory interest from the date this cause of accrued or as otherwise permitted under Colorado law and for such other and further relief as this Court deems just and proper.

Dated the 17th day of March, 2015                      Respectfully submitted,

                                                       SLOAT & NICHOLSON, P.C.

                                                       Original signature on file at
                                                       Sloat & Nicholson, P.C.

                                                By:    /s/ P. Randolph Nicholson
                                                       P. Randolph Nicholson, No. 14240
                                                       1823 Folsom Street, Suite 100
                                                       Boulder, Colorado 80302
                                                       303-447-1144

Plaintiff's address:
117 Bass Circle
Lafayette, CO 80026